JOHN LEZOS and Another, Appellants, v. JAMES TOZZI and Others, Respond-

ents.— Motion to dismiss appeal denied, with ten dollars costs. Present —
Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN S. HYERS, Respondent, v. VICTORIAN REALTY Co., INC., and Others,
Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless
appellants procure record on appeal to be filed on or before January 2, 1925.
Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.